FILED

01/03/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0230

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0230

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BYRON CORNELL KELSEY,

Defendant and Appellant.

## ORDER

Pursuant to Appellant's motion for extension, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until February 3, 2025, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 3 2025